ORIGINAL Wh85/B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x
                                        :

UNITED STATES OF AMERICA      :

    - v. -                       **ORDER**
                                        :

JOO HYUN BAHN,              16 Cr. 831
    a/k/a "Dennis Bahn,"       :
BAN KI SANG, AND
MALCOLM HARRIS,            :

            Defendants.    :
- - - - - - - - - - - - - - - - - - - x

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Daniel S. Noble;

      It is found that the Indictment in the above-captioned action, 16 Cr. 831, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

      ORDERED that the Indictment, 16 Cr. 831, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:  New York, New York
       January 10, 2017

                                          _Kevin Nathaniel Fox_
                                          UNITED STATES MAGISTRATE JUDGE

                                          HON. KEVIN NATHANIEL FOX
                                          United States Magistrate Judge
                                          Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **JAN 1 0 2017**