USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/4/2018

Case 1:16-cr-00831-ER   Document 66   Filed 04/04/18   Page 1 of 1

# Davis Polk

| | |
|---|---|
| New York | Paris |
| Northern California | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

**John Hammond Heath**
Registered Foreign Lawyer

Davis Polk & Wardwell        852 2533 3334 tel
Hong Kong Solicitors         852 2533 1734 fax
The Hong Kong Club Building  john.heath@davispolk.com
3A Chater Road
Hong Kong

**Resident Hong Kong Partners**

William F. Barron*     Martin Rogers†
Bonnie Chan*           Patrick S. Sinclair*
Karen Chan†            Miranda So*
Paul K. Y. Chow*†      James Wadham†
James C. Lin*

*Hong Kong Solicitors*
*\* Also Admitted in New York*
*† Also Admitted in England and Wales*

3 April 2018

Re:     *United States of America v. Joo Hyun Bahn* 1:16-cr-00831 (SDNY)

The Honourable Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Ramos:

Davis Polk & Wardwell LLP ("Davis Polk") and the Federal Defenders of New York ("Federal Defenders") represent defendant Joo Hyun Bahn in the above-referenced action. After April 9, 2018, I will no longer be associated with Davis Polk. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record to Joo Hyun Bahn. Davis Polk and the Federal Defenders will continue to represent Joo Hyun Bahn in this action.

Yours faithfully,

John Hammond Heath

cc.: All Counsel of Record (via ECF)

SO ORDERED.        DATE: 3 April 2018

Edgardo Ramos, U.S.D.J.
Dated: 4/4/2018

Davis Polk includes Davis Polk & Wardwell LLP and its associated entities.