USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/6/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOO HYUN BAHN,<br>a/k/a "Dennis Bahn,"<br><br>                    Defendant. | **ORDER OF RESTITUTION**<br><br>16 Cr. 831 (ER) |

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Daniel S. Noble, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One and Four of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** JOO HYUN BAHN, a/k/a "Dennis Bahn," the Defendant, shall pay restitution in the total amount of **$500,000** to the victims of the offenses charged in Counts One and Four. The names, addresses, and specific amounts owed to the victims are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** The Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution to the victims specified in the Schedule of Victims, including, but not limited to, Malcolm Harris. The Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his or her loss from all the restitution paid by the Defendant and co-defendants in this matter.

09.10.2013

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4), and with Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
      September 6, 2018

_____
THE HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **SCHEDULE OF VICTIMS** |
|---|---|
| v. | 16 Cr. 831 (ER) |
| JOO HYUN BAHN, a/k/a "Dennis Bahn," Defendant. | |

| Name | Address | Amount of Restitution |
|---|---|---|
| Jin Sup An | c/o T. Stephen Song, Esq. 154-08 Northern Blvd., #2G Flushing, NY 11354 | $500,000.00 |
| **Total** | | **$500,000.00** |

09.10.2013